UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HENG GUO JIN,

                Plaintiff,

  -against-

HAN SUNG SIKPOOM TRADING CORP.
and CHEL CHANG,

                Defendants.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
13-CV-6789 (CBA) (LB)

**AMON, United States District Judge:**

Plaintiff Heng Guo Jin's motion for settlement approval, filed May 25, 2017, is granted.

SO ORDERED.

Dated: June 23, 2017
       Brooklyn, New York

                                                  s/ Carol Bagley Amon
                                                  Carol Bagley Amon
                                                  United States District Judge